UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| ROBERT J. HARRISON, | ) | |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | |
| vs. | ) | Case No. 4:05CV1028 JCH |
| | ) | |
| ELIZABETH CONLEY, et al., | ) | |
| | ) | |
| Defendant(s). | ) | |

## **JUDGMENT**

In accordance with the Memorandum and Order entered this day and incorporated herein,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that Defendants' Motion for Summary Judgment is **GRANTED**, and Plaintiff's Complaint is dismissed.

Dated this 25th day of January, 2007.

/s/ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE